No. 89–479. BENITEZ ET AL. v. PORT AUTHORITY TRANS-HUDSON CORP. C. A. 3d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of

*Port Authority Trans-Hudson Corp.* v. *Feeney, ante,* p. 299.